The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| JACOB PAUL LIND | No. 3:20-cv-06184-RSM |
|---|---|
| Plaintiff | ORDER ON MOTION FOR EXTENSION OF TIME |
| v. | |
| UNITED STATES OF AMERICA | |
| Defendant. | |

This Court, having reviewed the pleadings and materials in this case, hereby ORDERS that Plaintiff's Motion for Additional Time is GRANTED.  Plaintiff's response shall be due on April 19, 2021.

DATED this 8th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING ADDITIONAL TIME   - Page 1 of 2

Josephine C. Townsend
Attorney At Law, WSBA#31965
211 E. 11th Street Suite 104
Vancouver WA 98660
360-694-7601 ph
Josie@jctownsend.com

Presented by:

/s/
JOSEPHINE C. TOWNSEND, WSBA#31965
Attorney at Law
211 E 11th Street, Suite 104
Vancouver, WA  98660
Tel: 360.694.7601; Fax: 360.694.7602
Josie@jctownsend.com

## CERTIFICATE OF SERVICE

A Copy of the foregoing pleading will be served via ECF notification upon the following:

Kristen R. Vogel NYBA 5195664
Assistant United States Attorney
Western District of Washington
700 Stewart Street Suite 5220
Seattle WA 98101-1271
Kristen.vogel@usdoj.gov


/s/
JOSEPHINE C. TOWNSEND, WSBA#31965
Attorney at Law
211 E 11th Street, Suite 104
Vancouver, WA  98660
Tel: 360.694.7601; Fax: 360.694.7602
Josie@jctownsend.com

ORDER GRANTING ADDITIONAL TIME    - Page 2 of 2

Josephine C. Townsend
Attorney At Law, WSBA#31965
211 E. 11th Street Suite 104
Vancouver WA 98660
360-694-7601 ph
Josie@jctownsend.com