UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JACOB PAUL LIND,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 3:20-cv-06184 RSM<br><br>ORDER ON MOTION<br>FOR EXTENSION OF TIME |

This Court, having reviewed the pleadings and materials in this case, hereby ORDERS that the stipulated Motion for Additional Time is GRANTED. All Discovery deadlines shall be extended as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| BENCH TRIAL DATE | March 28, 2022 | May 31, 2022 |
| Disclosure of expert testimony under FRCP 26(a)(2) | September 29, 2021 | November 29, 2021 |
| Deadline for filing motions related to discovery. | October 29, 2021 | December 29, 2021 |
| Discovery completed by | November 29, 2021 | January 28, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter | December 28, 2021 | February 28, 2022 |

ORDER GRANTING ADDITIONAL TIME – Page 1 of 2

| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | February 11, 2022 | April 11, 2022 |
|---|---|---|
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | February 28, 2022 | April 28, 2022 |
| Agreed pretrial order due | March 16, 2022 | May 16, 2022 |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits due | March 23, 2022 | May 23, 2022 |

DATED this 1st day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING ADDITIONAL TIME – Page 2 of 2